

FILED

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0263

# IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0263

IN THE MATTER OF APPOINTING MEMBERS TO
THE COMMISSION ON COURTS OF LIMITED
JURISDICTION

O R D E R

FILED

DEC 16 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

The term of Peter Ohman as the Division Administrator of the Office of the State Public Defender has ended as a result of his appointment as district judge of the Eighteenth Judicial District. The Court thanks Judge Ohman for his dedicated service to the Commission, the Court, and the people of Montana.

Brian Smith has assumed the position as the Division Administrator of the Office of the State Public Defender.

IT IS ORDERED that Brian Smith is appointed as the Division Administrator of the Office of the State Public Defender member of the Commission on Courts of Limited Jurisdiction commencing the date of this Order.

The Clerk is directed to provide a copy of this Order to the Honorable Peter Ohman, to Brian Smith, to each member of the Commission on Courts of Limited Jurisdiction, to Shauna Ryan at the Office of Supreme Court Administrator, and to the State Bar of Montana.

DATED this 16ᵗʰ day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
                    Justices

2